UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
__USA__,
　　　　　　Plaintiff(s),

v.

__J. ROSS__,
　　　　　　Defendant(s).
------------------------------------------------------------x

**CALENDAR NOTICE**

__21 CR 483__ (VB)

PLEASE TAKE NOTICE that the above-captioned case has been scheduled/re-scheduled for:

- ☒ Status conference
- ___ Telephone conference
- ___ Pre-motion conference
- ___ Settlement conference
- ___ Oral argument
- ___ Bench ruling on motion
- ___ Final pretrial conference
- ___ Jury selection and trial
- ___ Bench trial
- ___ Suppression hearing
- ___ Plea hearing
- ☒ Sentencing

on __1-12-__, 20__22__, at __9:30 AM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __12-17-21__.

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __12-3-__, 20__21__
　　　　White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge