UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES OF AMERICA :

v. :

JOVAN ROSS, :
Defendant. :

-----------------------------------------------------------x

**ORDER**

21 CR 483 (VB)

As discussed at the revocation hearing held today and attended by the government, counsel for defendant, and the defendant, it is HEREBY ORDERED:

1. By **July 21, 2026**, the parties shall each submit a letter brief limited to the question of whether the injury suffered by Geraldo Martinez constitutes physical injury under New York Penal Law Section 120.05(2).

2. The Court will issue a decision by bench ruling on **July 28, 2026, at 9:30 a.m.**, at the White Plains courthouse, Courtroom 620.

Dated: July 14, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge